UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 18-26 (PJS/ECW)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S MOTION FOR** |
| | ) | **PSYCHIATRIC EVALUATION** |
| v. | ) | **PURSUANT TO 18 U.S.C. §4241** |
| | ) | |
| TNUZA JAMAL HASSAN, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant, by and through her undersigned attorneys, Robert D. Sicoli and Joshua P. Johnson, hereby moves the Court, pursuant to 18 U.S.C. §4241(a), for an Order to determine whether the defendant is mentally competent to proceed to sentencing in the above-captioned matter. Moreover, the defendant hereby moves the Court for an Order, pursuant to 18 U.S.C. §4241(b), that prior to the date of any such hearing, a psychiatric or psychological examination of the defendant be conducted and that a psychiatric or psychological report be filed with the Court subsequent to the requested examination.

18 U.S.C. §4241(a) provides that at any time after the commencement of the criminal proceedings and prior to sentencing, "the defendant … may file a motion for a hearing to determine the mental competency of the defendant. *See*, 18 U.S.C. §4241(a). The Court shall grant the motion if "there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." *Id.*

18 U.S.C. §4241(b) provides that prior to the date of the hearing, the Court may order that a "psychiatric or psychological examination of the defendant be conducted and that a psychiatric or psychological report be filed with the court, pursuant to the provisions of section 4247(b) and (c). *See*, 18 U.S.C. §4241(b).

The defendant respectfully submits that there is "reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense." *See*, 18 U.S.C. §4241(b). Accordingly, the defendant respectfully request that the Court order a psychiatric or psychological examination of the defendant be conducted forthwith and that a psychiatric or psychological report be filed with the Court pursuant to the provisions of 18 U.S.C. §§4247(b) and (c).

Defense counsel has discussed the contents of this motion with Assistant U.S. Attorney Andrew Winter, and the government does not object to the defendant's motion.

This motion is based upon all files, records and proceedings herein.

Dated:  November 19, 2020

Respectfully submitted,

**SICOLI LAW, LTD.**

By:  /s/ Robert D. Sicoli
        Robert D. Sicoli
2136 Ford Parkway #117
Saint Paul, MN 55116
Telephone: (612) 871-0708
Reg. No. 178238

2

Joshua P. Johnson
7000 Flour Exchange Building
310 Fourth Avenue South
Minneapolis, MN 55415
Telephone: (651) 785-5342
Reg. No. 343377

*Attorneys for Defendant*