UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,                          Case No. 18-CR-0026 (PJS/ECW)

      Plaintiff,

v.                                                                                    ORDER

TNUZA JAMAL HASSAN,

      Defendant.

This matter is before the Court on the defendant's motion for a psychiatric evaluation to determine whether the defendant is competent to proceed to sentencing. ECF No. 129. The government does not object to the motion. Pursuant to 18 U.S.C. §§ 4241(a), 4241(b), and 4247(c), and for the reasons set forth below, the defendant's motion is GRANTED.

The Court finds that there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense. *See* 18 U.S.C. §§ 4241(a) and (b).

IT IS HEREBY ORDERED that the defendant, Tnuza Jamal Hassan, be committed to the custody of the Attorney General for placement in a suitable facility for a

2

reasonable period, not to exceed thirty days, for a psychiatric or psychological examination.

IT IS FURTHER ORDERED that a psychiatric or psychological report shall be filed with the Court, pursuant to the provisions of §§ 4247(b) and (c).

Dated:  November 19, 2020

Patrick J. Schiltz
United States District Judge

2